NELDERT v. CHICAGO, R. I. & P. R. CO. (No. 7828.)

(Supreme Court, Appellate Division, First Department. November 12, 1915.)

·Appeal from Appellate Term, First Department.

Action by August Neldert against the Chicago, Rock Island & Pacific Railroad Company. From a determination of the Appellate Term, reversing a judgment of the City Court for plaintiff for $1,045, directed by the court, and dismissing the complaint, plaintiff appeals. Affirmed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Roger Foster, of New York City, for appellant.
White & Case, of New York City (Gervase Green, of New York City, of counsel), for respondent.

CLARKE, J. This is a similar suit to Watson v. Chicago, Rock Island & Pacific Railroad Co., 155 N. Y. Supp. 808. For the reason stated in the opinion therein, the determination of the Appellate Term, reversing the judgment of the City Court (89 Misc. Rep. 282, 153 N. Y. Supp. 658), and dismissing the complaint, should be affirmed, with costs and disbursements to the respondent. All concur.